1060

[Nos. 31641-6-III; 32136-3-III.  Division Three.  August 12, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. THOMAS R. LEVITON, *Appellant*.

*In the Matter of the Personal Restraint of* THOMAS R. LEVITON, *Petitioner*.

Appeal from a judgment of the Superior Court for Spokane County, No. 11-1-03606-6, Harold D. Clarke III, J., entered April 19, 2013, together with a petition for relief from personal restraint. Judgment *affirmed* and petition *dismissed* by unpublished opinion per Brown, J., concurred in by Siddoway, C.J., and Korsmo, J.

[No. 31671-8-III.  Division Three.  August 12, 2014.]

STEVE HEITSTUMAN, *Appellant*, v. WAYNE HEITSTUMAN, *Respondent*.

WAYNE HEITSTUMAN ET AL., *Respondents*, v. STEVE HEITSTUMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Asotin County, No. 05-2-00016-9, John W. Lohrmann, J. Pro Tem., entered April 16, 2013. *Affirmed* by unpublished opinion per Lawrence-Berrey, J., concurred in by Brown, A.C.J., and Fearing, J.

[No. 30716-6-III.  Division Three.  August 14, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. CELERINO MOJICA-PULIDO, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 08-1-02298-1, Blaine G. Gibson, J., entered March 13, 2012. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Siddoway, C.J., and Brown, J.